NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Plaintiff
EMPLOYERS INSURANCE
COMPANY OF WAUSAU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>MNM LILAC REAL ESTATE PARTNERS, INC.,<br><br>Defendant. | Case No. 2:25-cv-00193<br><br>**COMPLAINT FOR:**<br><br>**(1) BREACH OF CONTRACT**<br><br>**JURY TRIAL DEMANDED**<br>[Fed. R. Civ. P. 38] |

Plaintiff Employers Insurance Company of Wausau ("Plaintiff") hereby alleges as follows against Defendant MNM Lilac Real Estate Partners, Inc. ("Defendant").

## I.   NATURE OF THIS ACTION

1. Plaintiff brings this action to remedy Defendant's breach of two insurance policies issued by Plaintiff. ("the Policies"). Defendant has wrongfully failed to provide payment of owed premiums, in the amount of approximately $285,980.00, to Plaintiff.

## II.   PARTIES AND JURISDICTION

2. Plaintiff Employers Insurance Company of Wausau is a Wisconsin corporation with its principal place of business in Massachusetts.

3. Defendant MNM Lilac Real Estate Partners, Inc. is a Delaware Corporation with its principal place of business in California.

4. **Jurisdiction:** This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. This action is between citizens of different states in that no Plaintiff shares a state of citizenship with Defendant and the amount in controversy is greater than $75,000, exclusive of interest and costs.

5. This Court has personal jurisdiction over Defendant because Defendant has its principal place of business in the state of California and because Defendant's conduct in the state of California, including the conduct at its offices located in Beverly Hills, California give rise to and relate to Plaintiff's claims in this action.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1), (c)(2), and (d) because the Court may exercise personal jurisdiction over Defendant in this District in this action and, as such, Defendant is deemed to reside herein. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claims, more specifically, Defendant's conduct emanating from its offices in Beverly Hills, California, occurred in this District.

### III.   FACTUAL BACKGROUND

**A.   The Policies**

7. Plaintiff issued two insurance policies to Defendant: Policy No. YAC-L9L-472486-010 and Policy No. YAC-L9L-454426-041.

8. The Policies provided certain coverages to Defendant in exchange for premiums.

9. Defendant has refused, despite Plaintiff's repeated demands, to pay premiums that are due and owing in amounts of approximately $285,980.00.

///

///

## IV. CLAIMS FOR RELIEF

### First Claim for Relief

### Breach of Contract

10. Plaintiff incorporates the allegations of Paragraphs 1 through 9 as if fully set out herein.

11. The Policies were valid and binding agreements between Plaintiff and Defendant.

12. Plaintiff has performed all obligations under the Policies.

13. Under the Policies, Defendant was obligated to make certain payments to Plaintiff.

14. Specifically, the Policies obligated Defendant to pay certain premiums as set out in the Policies.

15. Defendant has failed to pay the amounts owed under the Policies, specifically premiums owed thereunder.

16. Defendant's failure to pay the amounts owed under the Policies constitutes a breach of contract and has directly and proximately caused Plaintiff damages in the amount of approximately $285,980.00.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. For special, general, incidental, and consequential damages in an amount of at least $285,980.00;

B. For costs of suit incurred herein;

C. For prejudgment interest at the legal rate; and

D. For such other relief as the Court deems just and proper.

**Plaintiff demands a trial by jury on all issues so triable**.

///

///

///

| | | |
|---|---|---|
| Dated: January 8, 2025 | | MAYNARD NEXSEN LLP |
| | By: | */s/ Nicholas J. Boos*<br>Nicholas Boos<br>Attorneys for Plaintiff<br>EMPLOYERS INSURANCE COMPANY OF WAUSAU |